# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): Knoxville (Knox County)

Defendant Information:

Juvenile _____ Yes __X__ No      Matter to be Sealed: _____ Yes __X__ No

Defendant Name: _____ John Langsdon Overstreet _____

Interpreter: No __X__ Yes _____ Language _____

Total # of Counts: _____ Petty _____ Misdemeanor (Class _____) __1__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography | 1 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>( if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _____ Yes __X__ Case No. 3:16-MJ-1129

Related Case(s):

_____
Case Number    Defendant's attorney    How related

## Criminal Informations:
Pending criminal case: No _____ Yes __X__ Case No. 3:16-CR-140

New Separate Case __X__      Supersedes Pending Case _____

Name of defendant's attorney: Donald A. Bosch

Retained: __X__      Appointed: _____

Date: May 23, 2017      Signature of AUSA: *[signature]*