# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE,
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | Docket Nos.:3:16-CR-00140 |
| ) | 3:17-CR-00056 |
| ) | |
| JOHN LANGSDON OVERSTREET ) | |

## DEFENDANT JOHN LANGSDON OVERSTREET'S
## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Now comes Defendant, John Overstreet, through undersigned counsel, pursuant to Rule 12.2 of the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee, and moves for leave to have the proposed document filed under seal because it attaches and discusses mental health/medical records which are protected by HIPPA.

Respectfully submitted this 13th day of February, 2018.

THE BOSCH LAW FIRM, P.C.

By:    s/Donald A. Bosch
      DONALD A. BOSCH (BPR # 013168)
      ANN C. SHORT (BPR # 009645)
      712 South Gay Street
      Knoxville, TN 37902
      (865) 637-2142

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 13th day of February, 2018.

>THE BOSCH LAW FIRM, P.C.
>
>By: s/Donald A. Bosch
>     Donald A. Bosch