# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE

Case #: 3:16-cr-140 & 3:17-cr-56          Date: February 20, 2018

United States of America     vs.     John Langsdon Overstreet

**PROCEEDINGS: Sentencing.** Neither party had any objections to the Presentence Investigative Report. Stipulation regarding restitution filed in open court.

THE HONORABLE PAMELA L. REEVES, UNITED STATES DISTRICT JUDGE PRESIDING

| Angela Archer | Rebekah Lockwood | LaToyia Carpenter |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |
| Don Bosch/Ann Short | | Carol Cavin |
| **Attorney for Defendant** | | **Probation Officer** |

☒ Defendant allocutes

☒ Government's Motion for Acceptance of Responsibility    ☒ granted    ☐ denied

**JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>120 months</u> as to Count One of Docket Number 3:16CR140 and <u>78 months</u> as to Count One of Docket Number 3:17CR56, to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of Life. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions as set forth in the J&C.

**COURT RECOMMENDATIONS:**

It is recommended the defendant participate in educational classes and training to learn a trade or marketable skills while incarcerated. The Court further recommends that once in the custody of the Bureau of Prisons, the defendant receive a mental health evaluation and any treatment deemed appropriate. Lastly, the Court will recommend that the defendant be designated to the BOP facility at Ashland, KY.

☒ Special assessment: $200.00 (paid)          ☒ Restitution: $36,000.00
☐ Defendant remains released pending designation
☒ Defendant remanded to custody

| 10:00 a.m. | to | 10:40 a.m. |
|---|---|---|