UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NOS. 3:16-CR-140 |
| v. | ) | 3:17-CR-56 |
| | ) | |
| JOHN LANGSDON OVERSTREET | ) | JUDGES REEVES/GUYTON |

## STIPULATION REGARDING RESTITUTION

The United States of America, by the United States Attorney for the Eastern District of Tennessee, the defendant JOHN LANGSDON OVERSTREET and the defendant's attorneys, Donald A. Bosch and Ann C. Short, stipulate and agree as follows:

As part of the sentence imposed in this case, the Court shall order that the defendant pay restitution to the victims as follows:

1. "Vicky" (Vicky Series): $1,500.00;

2. "Jenny" (Jenny Series): $1,500.00;

3. "Jessica" (Jessica Series): $1,500.00;

4. "Casseaopeia" (Lighthouse Series): $1,500.00;

5. "Erin" (Blues Pink Series): $1,500.00;

6. "Fiona" (Blues Pink Series): $1,500.00;

7. "Amy" (Misty Series): $1,500.00;

8. "Sarah" (Marineland Series): $1,500.00;

9. "Jane" (Cinder Block Blue Series): $1,500.00;

10. "Angela" (Angela Series): $1,500.00;

11. "Sierra" (Jan Socks Series): $1,500.00;

12. "Savannah" (Jan Socks Series): $1,500.00;

13. "Skylar" (Jan Socks Series): $1,500.00;

14. "Sally" (Jan Socks Series): $1,500.00;

15. "John Doe I" (8 Kids Series): $1,500.00;

16. "John Doe II" (8 Kids Series): $1,500.00;

17. "John Doe III" (8 Kids Series): $1,500.00;

18. "John Doe IV" (8 Kids Series): $1,500.00;

19. "John Doe V" (8 Kids Series): $1,500.00;

20. "Maureen" (Lighthouse Series): $1,500.00;

21. "Pia" (Sweet Sugar Series): $1,500.00;

22. "Ava" (Sweet Sugar Series): $1,500.00;

23. "Mya" (Sweet Sugar Series): $1,500.00; and

24. " Violet" (At School Series): $1,500.00;

The undersigned attorney for the United States has conferred with the victims' representatives and the victims' representatives concerning their claims for restitution in this case. The parties have agreed that the above-referenced restitution amounts, $36,000 in total, are consistent with *Paroline v. United States*, 134 S. Ct. 1710 (2014). The victims' representatives

have agreed that the payment of these restitution amounts shall resolve their claims for restitution in this case.

2/20/2018
Date

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *[signature]*
LaToyia T. Carpenter
Assistant United States Attorney

20 Feb 18
Date

*[signature]*
John Langsdon Overstreet
Defendant

20 Feb 18
Date

*[signature]*
Donald A. Bosch
Ann C. Short
Attorneys for the Defendant

3